1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11   ROD ANTHONY HUFF,                     Case No. CV 20-08747 AB (RAO)

12              Plaintiff,
                                           MEMORANDUM AND ORDER
13       v.                                RE SUMMARY DISMISSAL

14   AIRPORT COURTHOUSE,

15              Defendant.

16

17       On September 21, 2020, Plaintiff Rod Anthony Huff ("Plaintiff"), proceeding

18   *pro se* and who has not paid the filing fee nor filed a proper request to proceed *in*

19   *forma pauperis*, filed a document entitled "Petition to Summons of a Lawsuit in a

20   Civil Action" (hereinafter, "Complaint or "Compl."), naming the state courthouse

21   located at 11701 South La Cienega Boulevard, Los Angeles, as the sole defendant

22   and seeking "$30 trillion" in damages.  Compl. at 1.  For the following reasons, the

23   Complaint is dismissed with prejudice.

24       Plaintiff alleges that, in May 2020, he was brought before a Los Angeles

25   County Superior Court judge for a crime that he did not commit.  Compl. at 2.

26   During the proceedings, Plaintiff informed the superior court that he had

27   "previously abdicated legal document(s) defined pursuant to (UCC Article 3).  TO

28   THE SUPERIOR COURT OF CALIFORNIA, TO THE UNITED STATES

1  TREASURY on the behalf of (sover[ei]gn immunity)." *Id*.  He alleges that the

2  court did not "use proper discretion in the matter(s) previously stated," and that the

3  case was thereafter referred to the mental health department.  *Id.*  Plaintiff alleges

4  that he is now being held at a mental health unit.  Compl. at 2-3.  Plaintiff does not

5  seek injunctive or declaratory relief; rather, he demands $30 trillion in damages,

6  seemingly for Defendant's violation of his right under the United States

7  Constitution to be free from cruel and unusual punishment when it referred him to

8  the mental health unit.  *Id*. at 1, 2.

9        As noted above, Plaintiff has sued the superior court.  Judges and those

10  performing judge-like functions, however, are absolutely immune from damage

11  liability for acts performed in their official capacities.  *Ashelman v. Pope*, 793 F.2d

12  1072, 1075 (9th Cir. 1986) (citing *Richardson v. Koshiba,* 693 F.2d 911, 913 (9th

13  Cir. 1982)); *see also Ingram v. Long Beach Superior Court*, 2018 WL 4587115, at

14  *5 (C.D. Cal. July 31, 2018) (dismissing damages claims against superior court

15  judge as barred by judicial immunity), *adopted by* 2018 WL 4566842 (C.D. Cal.

16  Sept. 18, 2018).  Judicial immunity applies "however erroneous the act may have

17  been, and however injurious in its consequences it may have proved to the

18  plaintiff."  *Cleavinger v. Saxner,* 474 U.S. 193, 199-200, 106 S. Ct. 496, 88 L.Ed.2d

19  507 (1985).

20        Furthermore, because the Court is persuaded that Plaintiff would be unable to

21  allege any facts based upon the circumstances he challenges that would state a

22  cognizable claim, amendment would be futile in this case.  *See Hartmann v. Cal.*

23  *Dep't of Corr. & Rehab*., 707 F.3d 1114, 1130 (9th Cir. 2013) ("A district court

24  may deny leave to amend when amendment would be futile.").

25  \\

26  \\

27  \\

28  \\

2

1        Based on the foregoing, IT IS ORDERED THAT the Complaint is

2    **DISMISSED** with prejudice.

3

4    DATED: October 15, 2020

5    _____

     ANDRÉ BIROTTE JR.

6         UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28