# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ROD ANTHONY HUFF,

          Plaintiff,

    v.

AIRPORT COURTHOUSE,

          Defendant.

**Case No. CV 20-08747 AB (RAO)**

**JUDGMENT**

    IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Memorandum and Order Regarding Summary Dismissal.

DATED: October 15, 2020

_____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE